Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD GEISE, JR., | Case No. CV 05-06615 MMM (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| SCOTT M. KERNAN, Warden, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: August 11, 2008

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE