"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD GEISE, JR.,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT M. KERNAN, Warden, et al.,<br><br>    Respondents. | Case No. CV 05-06615 MMM (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections, *de novo*, and the Court makes the following findings and orders.

The Objections filed by Petitioner's counsel of record raise two points that compel a response. First, Petitioner's contention on page 10 of the Objections that the Magistrate Judge "misstates the record" is incorrect. The Magistrate Judge's relevant citations to the record make that patently clear. Second, Petitioner contends the Magistrate Judge "incorrectly" concluded that the California Supreme Court found his claims to be meritless on direct appeal, claiming a decision on the merits cannot be inferred from a postcard denial of review. [Objections at 11.] In making this argument,

Petitioner not only ignores clearly-established federal law, but he also disregards law cited in the very R&R he is challenging. *Hunter v. Aispuro*, 982 F.2d 344, 348 (9th Cir. 1992), *cert. denied*, 510 U.S. 887, 114 S.Ct. 240 (1993) (a state high court's silent denial constitutes a denial "on the merits" for purposes of federal habeas review).

Petitioner's foregoing and other contentions are without merit  Accordingly, it is ordered that:

1. The Objections are OVERRULED for the reasons set forth in the R&R and in this Order.
2. The R&R is approved and adopted.
3. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: August 11, 2008

*Margaret M. Morrow*
_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE